IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                                        PLAINTIFF

v.                                             No. 3:16-cv-10-DPM

RICK G. McKELVEY, Officer; and
ARKANSAS STATE POLICE DEPARTMENT                                         DEFENDANTS

JUDGMENT

Smith's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2016