IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                    PLAINTIFF

v.                             No. 3:16-cv-10-DPM

RICK G. McKELVEY, Officer; and
ARKANSAS STATE POLICE DEPARTMENT                 DEFENDANTS

ORDER

Smith's motion to vacate this Court's Judgment fails for the reasons previously explained. № 3. Smith's civil fraud claim is untimely. And Smith did not plead any individual-capacity claims against McKelvey. *Compare* № 2 *at 5 with* № 5 *at 2*. The Eleventh Amendment bars the door against the damages claims Smith did plead. Motion, № 5, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 February 2016